**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6347**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEPHEN T. CALLIS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:16-cr-00003-JAG-1)

---

Submitted:  August 27, 2024                                   Decided:  August 30, 2024

---

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Stephen T. Callis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen T. Callis appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Callis' motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Callis*, No. 3:16-cr-00003-JAG-1 (E.D. Va. Mar. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2